# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES -- ORDER

Case No.:   CV 09-06853 AHM (AN)                                Dated:  August 2, 2010

Title:   *Lorena Gray v. Michael J. Astrue*

===============================================================

Present:  **Hon. Arthur Nakazato, Magistrate Judge**

(In Chambers - No Appearances)

J. Roper                                                                            None
Deputy Clerk                                                                  Court Reporter

## MINUTE ORDER

**Proceedings:**   Order to Show Cause re Dismissal ("OSC")

**Ruling:**   Plaintiff's counsel, Stephanie Simpson, is ordered to deliver Plaintiff's portion of the Joint Stipulation to the Commissioner's counsel within five (5) days of the date of this OSC or otherwise show cause why this action should not be dismissed for want of prosecution and disobedience with the court's orders of 10/05/10 and 05/25/10 (dkt. 6&21). Local Rule 83-2.7. The Commissioner's counsel shall file a notice that informs the court whether or not Plaintiff's counsel has complied with this Order.

   IT IS SO ORDERED.

cc: All parties

Initials of Deputy Clerk: jr
JR