1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9   LORENA GRAY,                              )   Case No. CV 09-6853 AHM (AN)
                                             )
10              Plaintiff,                    )   ORDER APPROVING AND ADOPTING
                                             )   REPORT AND RECOMMENDATION OF
11        v.                                 )   UNITED STATES MAGISTRATE JUDGE
                                             )
12   MICHAEL J. ASTRUE,                      )
     COMMISSIONER OF THE SOCIAL              )
13   SECURITY ADMINISTRATION,                )
                                             )
14              Defendant.                    )
                                             )
15   ───────────────────────────────────────

16        Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the

17   pleadings and all other papers in this case, including the Magistrate Judge's Report and

18   Recommendation ("R&R").  No Objections to the R&R have been filed and the time to

19   do so has passed.  IT IS HEREBY ORDERED  THAT:

20        1.    The R&R is approved and adopted.

21        2.    The Clerk is directed to file and enter the Court's Judgment pursuant to

22   Sentence Four of 42 U.S.C. § 405(g) that reverses and remands the Commissioner's final

23   decision for further proceedings consistent with the R&R.

24        3.    Any and all other pending motions are terminated as moot.

25
26
27   DATED: January 3, 2011

28                                    _____
                                              HOWARD A. MATZ
                                      UNITED STATES DISTRICT JUDGE