Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LORENA GRAY, | ) Case No. CV 09-6853 AHM (AN) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED AND DECREED THAT, pursuant to Sentence Four of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and remanded for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

DATED: January 3, 2011

_____
HOWARD A. MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**